CHARLES FROST, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 26422. Promulgated May 14, 1929.

*Charles Frost* pro se.
*Arthur Carnduff, Esq.*, for the respondent.

**OPINION.**

MARQUETTE: We are satisfied from the evidence that the petitioner, in the conduct of his business, employed a number of persons in the years 1922 to 1924, inclusive, and that he paid them salaries as claimed by him in his returns. The amounts of the salaries are properly deductible in computing the petitioner's net income for the taxable years.

*Judgments of no deficiencies will be entered for petitioner.*